IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NESSA WILLIAMS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BETHANNA, <br><br> *Defendant*. | CIVIL ACTION <br> NO. 18-3106 |

# **ORDER**

**AND NOW**, this 15th day of January, 2019, upon consideration of Plaintiffs' unopposed Motion for Settlement Approval (ECF No. 15), the accompanying Settlement Agreement and Release (ECF No. 15-1) and Plaintiffs' brief in support of the Motion (ECF No. 16), it is hereby **ORDERED** that the Motion is **GRANTED**, the Settlement Agreement is **APPROVED** and the case is **DISMISSED with prejudice**, although the Court shall retain jurisdiction over any disputes pertaining to the enforcement of the settlement.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.